**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff,
*David M. Emanuel*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. EMANUEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**,<br><br>Plaintiff,<br><br>vs.<br><br>**THE LOS ANGELES LAKERS, INC.**,<br><br>Defendant. | Case No: 2:12-CV-9936-GW (SH)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS** |

Defendant The Los Angeles Lakers, Inc. ("Defendant"), by and through their undersigned attorneys, and Plaintiff David M. Emanuel ("Plaintiff"), by and through his undersigned attorneys, stipulate and jointly move as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiff will, and hereby does, dismiss with prejudice all of his individual claims brought in the above-entitled action, filed in the U.S.D.C., Central District of California, Case No. 2:12-CV-9936-GW (SH).

IT IS FURTHER STIPULATED AND AGREED that Plaintiff will, and hereby does, dismiss without prejudice the claims of the putative class members.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its/his own attorney's fees and costs with respect to this dismissal.

Dated: April 29, 2014                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

BY: /s/ ABBAS KAZEROUNIAN
    ABBAS KAZEROUNIAN, ESQ.
    ATTORNEYS FOR PLAINTIFF

**DLA Piper US**

BY: /s/ JOSHUA M. BRIONES
    JOSHUA M. BRIONES, ESQ.
    ATTORNEYS FOR DEFENDANT

Joshua M Briones
DLA Piper US
2000 Avenue of the Stars,
Suite 400 North Tower
Los Angeles, CA 90067−4704
joshua.briones@dlapiper.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document

is acceptable to Joshua M. Briones, counsel for Defendant, and that I have obtained Mr. Briones' authorization to affix his electronic signature to this document.

**KAZEROUNI LAW GROUP, APC**

Dated: April 29, 2014     By: /s/ Abbas Kazerounian, Esq.