# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. EMANUEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>THE LOS ANGELES LAKERS, INC.,<br><br>Defendant. | Case No: CV 12-9936-GW(SHx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS** |

The parties have stipulated to dismissal of the above-captioned action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, and for good cause, the Court hereby GRANTS the stipulation and dismisses the above-captioned action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. Each party shall bear its/his own costs and attorneys fees with respect to this action.

**IT IS SO ORDERED.**

DATED: May 5, 2014          By: _____

                                                         Hon. George H. Wu
                                                         United States District Judge